# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re<br><br>Norman C. Bennett<br><br>Debtor. | Chapter 7<br><br>Case No. 15-21260<br>Hon. Jack B. Schmetterer<br><br>Hearing Date: May 31, 2016<br>Hearing Time: 10:30 a.m. |

## NOTICE OF APPLICATIONS FOR COMPENSATION

**PLEASE TAKE NOTICE** that on **May 31, 2016 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jack B. Schmetterer**, Bankruptcy Judge, in Courtroom 682, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Trustee Application For Compensation,** a copy of which is available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street

Chicago, IL 60604

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

Ira Bodenstein (#3126857)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 666-2861

/s/ Ira Bodenstein

{10846-001 MOT A0427446.DOC}

## CERTIFICATE OF SERVICE

    Ira Bodenstein certifies that he caused to be served a true copy of the attached **Notice** and **Trustee Application for Compensation** upon the attached Service List via ECF and U.S. Mail, on April 4, 2016.

/s/ Ira Bodenstein

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Ira Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com
- Charles R Bonini    cbonini@semradlaw.com, rjscourtdocs@gmail.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Janna L Quarless    jquarless@semradlaw.com, rjscourtdocs@gmail.com

**Via U.S. Mail**

Discover Bank
Discover Products Inc.
P.O. Box 3025
New Albany, OH  43054-3025

Fifth Third Bank
P.O. Box 9013
Addison, Texas  75001

Printed: 03/24/16 04:21 PM

# Trustee's Compensation

**Debtor:** BENNETT, NORMAN C  **Case:** 15-21260

| Computation of Compensation | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 11,250.00 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 6,250.00 | = | 625.00 |
| 5% of Next $950,000 | 0.00 | = | 0.00 |
| 3% of Balance | 0.00 | = | 0.00 |
| | Calculated Total Compensation: | | $1,875.00 |
| | Plus Adjustment: | | 0.00 |
| | Total Compensation: | | $1,875.00 |
| | Less Previously Paid: | | 0.00 |
| | Total Compensation Requested: | | $1,875.00 |

| Trustee Expenses | | |
|---|---|---|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 25 copies at 10.0 cents per copy | 2.50 |
| Postage | | 0.00 |
| Telephone Charges | | 4.85 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 0.00 |
| Other Expenses 2 | | 0.00 |
| | Subtotal Expenses: | $7.35 |
| | Plus Adjustment: | 0.00 |
| | Total Expenses: | $7.35 |
| | Less Previously Paid: | 0.00 |
| | Total Expenses Requested: | $7.35 |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $1,875.00 as compensation and $7.35 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: 03/24/16    Signed: /s/ Ira Bodenstein

Ira Bodenstein
321 N. Clark St., Ste. 800

Chicago, IL 60654

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Norman C. Bennett<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   15-21260<br><br>Chapter:  7<br>Honorable Jack B. Schmetterer |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | |
|---|---|
| 1. Trustee's compensation | $1,875.00 |
| 2. Trustee's expenses | $     7.35 |
| TOTAL | $1,882.35 |
| | |
| 3. Chapter 11 Trustee's compensation | $ 0.00 |
| 4. Chapter 11 Trustee's expenses | $ 0.00 |
| TOTAL | $1,882.35 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee

| | |
|---|---|
| a. Compensation | $ 0.00 |
| b. Expenses | $ 0.00 |
| c. Chapter 11 Compensation | $ 0.00 |
| d Chapter 11 Expenses | $ 0.00 |

2. Accountant for the Trustee

| | |
|---|---|
| a. Compensation | $ 0.00 |
| b. Expenses | $ 0.00 |
| c. Chapter 11 Compensation | $ 0.00 |
| d. Chapter 11 Expenses | $ 0.00 |

3. Other Professionals
TOTAL           $1,882.35

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Rev: 20120501_bko

Enter:

Dated:                                                                United States Bankruptcy Judge

**Prepared by:**
Ira Bodenstein (#3126857)
Shaw Fishman Glanz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL  60654
(312) 666-2861