**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| NORMAN C. BENNETT | ) | Case No. 15-21260 |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |
| | ) | |

**CERTIFICATE OF SERVICE**

      Ira Bodenstein certifies that he caused to be served a true copy of the attached **Notice** and **Trustee Application for Compensation** upon the attached Service List via ECF and U.S. Mail, on April 4, 2016.

                /s/ Ira Bodenstein

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Ira Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com
- Charles R Bonini    cbonini@semradlaw.com, rjscourtdocs@gmail.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Janna L Quarless    jquarless@semradlaw.com, rjscourtdocs@gmail.com

**Via U.S. Mail**

Discover Bank
Discover Products Inc.
P.O. Box 3025
New Albany, OH  43054-3025

Fifth Third Bank
P.O. Box 9013
Addison, Texas  75001

{11443-001 CER A0435464.DOCX}