# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BENNETT, NORMAN C          § Case No. 15-21260
                                  §
                                  §
                                  §
Debtor(s)                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Ira Bodenstein, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $216,517.00 *(without deducting any secured claims)* | Assets Exempt: $11,900.00 |
| Total Distribution to Claimants: $7,767.38 | Claims Discharged Without Payment: $86,818.71 |
| Total Expenses of Administration: $3,482.62 | |

    3) Total gross receipts of $ 14,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,750.00 (see **Exhibit 2**), yielded net receipts of $11,250.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $218,634.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,482.62 | 3,482.62 | 3,482.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 94,586.00 | 17,291.09 | 17,291.09 | 7,767.38 |
| **TOTAL DISBURSEMENTS** | $313,220.00 | $20,773.71 | $20,773.71 | $11,250.00 |

4) This case was originally filed under Chapter 7 on June 19, 2015. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/03/2016          By: /s/Ira Bodenstein
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Land Rover Range Rover Sport (43,000 miles) | 1129-000 | 14,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Norman C. Bennett | Payment of exemption on sale of 2006 land rover | 8100-002 | 2,750.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,750.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Mtg | 4110-000 | 173,606.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank Nv Na | 4110-000 | 45,028.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$218,634.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,875.00 | 1,875.00 | 1,875.00 |
| Ira Bodenstein | 2200-000 | N/A | 7.35 | 7.35 | 7.35 |
| American Auction Associates,Inc | 3610-000 | N/A | 1,575.00 | 1,575.00 | 1,575.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.88 | 11.88 | 11.88 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 13.39 | 13.39 | 13.39 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $3,482.62 | $3,482.62 | $3,482.62 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 12,890.00 | 12,890.06 | 12,890.06 | 5,790.38 |
| 2 | Fifth Third Bank | 7100-000 | 4,401.00 | 4,401.03 | 4,401.03 | 1,977.00 |
| NOTFILED | Municollofam | 7100-000 | 135.00 | N/A | N/A | 0.00 |
| NOTFILED | Pnc Bank | 7100-000 | 46,604.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bk Rms Cc | 7100-000 | 7,902.00 | N/A | N/A | 0.00 |
| NOTFILED | Social Secuirty Office of Central Operations | 7100-000 | 2,747.00 | N/A | N/A | 0.00 |
| NOTFILED | Hinsdale B&t Hinsdale Bank & Trust - Attention: Colle | 7100-000 | 4,555.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 4,860.00 | N/A | N/A | 0.00 |
| NOTFILED | Doynes Marina | 7100-000 | 673.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 5.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 5.00 | N/A | N/A | 0.00 |
| NOTFILED | Bk Of Amer | 7100-000 | 8,115.00 | N/A | N/A | 0.00 |
| NOTFILED | California Franchicse Tax Board | 7100-000 | 5.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Chase | 7100-000 | 1,689.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $94,586.00 | $17,291.09 | $17,291.09 | $7,767.38 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-21260  
**Case Name:** BENNETT, NORMAN C  

**Period Ending:** 08/03/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 06/19/15 (f)  
**§341(a) Meeting Date:** 07/29/15  
**Claims Bar Date:** 12/11/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 4530 S. Woodlawn, Unit 1005, Chicago, IL 60653<br>   Orig. Description: 4530 S. Woodlawn, Unit 1005, Chicago, IL 60653; Imported from original petition Doc# 1; Lien: Opened 4/01/12 Last Active 7/31/14<br>First Mortgage<br>4530 S. Woodlawn, Unit 1005, Chicago, IL -60653<br>Value $ 207367  -  Amount: 173606.00; Lien: Opened 12/01/05 Last Active 3/20/14<br>Second Mortgage<br>4530 S. Woodlawn, Unit 1005, Chicago, IL -60653<br>Value $ 207367  -  Amount: 45028.00 | 207,367.00 | 0.00 | | 0.00 | FA |
| 2 | Bank of America Checking Account<br>   Orig. Description: Bank of America Checking Account; Imported from original petition Doc# 1; Exemption: Bank of America Checking Account  - Amount: 2900.00 | 2,900.00 | 0.00 | | 0.00 | FA |
| 3 | Used Furniture<br>   Orig. Description: Used Furniture; Imported from original petition Doc# 1; Exemption: Used Furniture  - Amount: 750.00 | 750.00 | 0.00 | | 0.00 | FA |
| 4 | Used Clothing<br>   Orig. Description: Used Clothing; Imported from original petition Doc# 1; Exemption: Used Clothing  - Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 5 | 401k<br>   Orig. Description: 401k; Imported from original petition Doc# 1 | 0.00 | 1.00 | | 0.00 | FA |
| 6 | Roth IRA<br>   Orig. Description: Roth IRA; Imported from original petition Doc# 1; Exemption: Roth IRA  -  Amount: 5000.00 | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2006 Land Rover Range Rover Sport (43,000 miles)<br>   Orig. Description: 2006 Land Rover Range Rover Sport (43,000 miles); Imported from original petition | 19,400.00 | 11,250.00 | | 14,000.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-21260  
**Case Name:** BENNETT, NORMAN C  

**Period Ending:** 08/03/16

**Trustee:**   (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 06/19/15 (f)  
**§341(a) Meeting Date:** 07/29/15  
**Claims Bar Date:** 12/11/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| | Doc# 1; Exemption: 2006 Land Rover Range Rover Sport (43,000 - Amount: 2400.00; Exemption: miles) - Amount: 350.00 | | | | | |
| 7 | Assets    Totals (Excluding unknown values) | $235,917.00 | $11,251.00 | | $14,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

  TFR filed 4/17/16

  Hearing on 5/31/16

**Initial Projected Date Of Final Report (TFR):**   December 31, 2016    **Current Projected Date Of Final Report (TFR):**   April 17, 2016  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-21260  
**Case Name:** BENNETT, NORMAN C  

**Taxpayer ID #:** **-***4114  
**Period Ending:** 08/03/16  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/16 | {7} | American Auction Associates, Inc | Sale of 2006 Land Rover Range Rover | 1129-000 | 14,000.00 | | 14,000.00 |
| 01/07/16 | 101 | American Auction Associates,Inc | Commission payment on sale of 2006 land rover | 3610-000 | | 1,575.00 | 12,425.00 |
| 01/07/16 | 102 | Norman C. Bennett | Payment of exemption on sale of 2006 land rover | 8100-002 | | 2,750.00 | 9,675.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.88 | 9,663.12 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.39 | 9,649.73 |
| 06/02/16 | 103 | Ira Bodenstein | Dividend paid 100.00% on $7.35, Trustee Expenses; Reference: | 2200-000 | | 7.35 | 9,642.38 |
| 06/02/16 | 104 | Ira Bodenstein | Dividend paid 100.00% on $1,875.00, Trustee Compensation; Reference: | 2100-000 | | 1,875.00 | 7,767.38 |
| 06/02/16 | 105 | Discover Bank | Dividend paid 44.92% on $12,890.06; Claim# 1; Filed: $12,890.06; Reference: XXXXXXXXXXXX1330 | 7100-000 | | 5,790.38 | 1,977.00 |
| 06/02/16 | 106 | Fifth Third Bank | Dividend paid 44.92% on $4,401.03; Claim# 2; Filed: $4,401.03; Reference: XXXXXXXXXXXX6249 | 7100-000 | | 1,977.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 14,000.00 | 14,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 14,000.00 | 14,000.00 | |
| Less: Payments to Debtors | | | 2,750.00 | |
| **NET Receipts / Disbursements** | | **$14,000.00** | **$11,250.00** | |

Net Receipts : 14,000.00  
Less Payments to Debtor : 2,750.00  
_____  
Net Estate : $11,250.00  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******2366 | 14,000.00 | 11,250.00 | 0.00 |
| | $14,000.00 | $11,250.00 | $0.00 |

{} Asset reference(s)                                                                 Printed: 08/03/2016 04:56 PM    V.13.28